DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOVAN AGOSTO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2943

[December 18, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard Bober, Judge; L.T. Case No. 07-20609CF10A.

Jovan Agosto, Milton, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, SHEPHERD and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***